USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 27 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

                                    :
                                    :      INFORMATION
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :   17 CRIM  663
                                    :
GEORGE GRAHAM,                      :
                                    :
        Defendant.                  :
                                    :
                                    :
- - - - - - - - - - - - - - - - x

## COUNT ONE

### (Conspiracy to Commit Access Device Fraud)

The United States Attorney charges:

1. From at least in or about 2008 up to and including at least in or about May 2017, in the Southern District of New York and elsewhere, GEORGE GRAHAM, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2).

2. It was a part and object of the conspiracy that GEORGE GRAHAM, the defendant, and others known and unknown, knowingly and with intent to defraud, as part of an offense affecting interstate and foreign commerce, trafficked in and used one and more unauthorized access devices during any one year period, and by such conduct did obtain something of value aggregating $1,000 and

more during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

## Overt Act

3.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.    On or about December 22, 2015, a credit card fraudulently obtained by GEORGE GRAHAM, the defendant, was used to charge $795.00 to Mercedes-Benz Financial Services for a vehicle registered to an address in the Bronx, New York.

(Title 18, United States Code, Sections 1029(a)(2) and (b)(2).)

## COUNT TWO

### (Access Device Fraud)

The United States Attorney further charges:

4.    From at least in or about 2008 up to and including at least in or about May 2017, in the Southern District of New York and elsewhere, GEORGE GRAHAM, the defendant, knowingly and with intent to defraud, did traffic in and use one and more unauthorized access devices during any one year period, and by such conduct did obtain something of value aggregating $1,000 and more during that period, to wit, GRAHAM used credit cards obtained by fraudulent means to unlawfully obtain more than $1,000.00 in goods and services during a one-year period.

(Title 18, United States Code, Sections 1029(a)(2) and 2.)

## COUNT THREE

### (Conspiracy to Commit Bank Fraud)

The United States Attorney further charges:

5. From at least in or about October 2014 up to and including at least in or about May 2017, in the Southern District of New York and elsewhere, GEORGE GRAHAM, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

6. It was a part and object of the conspiracy that GEORGE GRAHAM, the defendant, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

## COUNT FOUR

### (Bank Fraud)

The United States Attorney further charges:

7. From at least in or about October 2014 up to and

3

including at least on or about May 2017, in the Southern District of New York and elsewhere, GEORGE GRAHAM, the defendant, willfully and knowingly, did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, to wit, GRAHAM told banks that he had not authorized certain checks drawn on his account that he had in fact authorized.

(Title 18, United States Code, Sections 1344 and 2.)

## COUNT FIVE

### (Possession of Fraudulent Immigration Papers)

The United States Attorney further charges:

8. On or about April 26, 2017, in the Southern District of New York and elsewhere, GEORGE GRAHAM, the defendant, knowingly did forge, counterfeit, alter, and falsely make an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, and uttered, used, attempted to use, possessed, obtained, accepted, and received any such visa, permit, border crossing card, alien registration

4

receipt card, and other document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made, and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud and unlawfully obtained, to wit, GRAHAM possessed forged immigration papers.

(Title 18, United States Code, Section 1546.)

## FORFEITURE ALLEGATIONS

9.    As a result of committing the offenses alleged in Counts One and Two of this Information, GEORGE GRAHAM, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), any and all property constituting or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offenses, and any and all personal property used or intended to be used to commit said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

10.    As a result of committing the offenses alleged in Counts Three and Four of this Information, GEORGE GRAHAM, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting or derived from, proceeds obtained directly or

5

indirectly, as a result of the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Asset Provision

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

6

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

> (Title 18, United States Code, Sections 982 and 1029;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

JOON H. KIM
Acting United States Attorney

7



Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GEORGE GRAHAM,

Defendant.

INFORMATION

17 Cr.

(18 U.S.C. §§ 1029(a)(2), (b)(2), 1344, 1349, 1546, and 2.)

JOON H. KIM
Acting United States Attorney