UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :

        v.                     :

GEORGE GRAHAM,                     17 Cr.

                                 **17 CRIM 663**

        Defendant.             :

- -- - - - - - - - - - - - - -X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1029(a)(2) & (b)(2), 1344, 1349, 1546, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED OCT 2 7 2017

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        October 27, 2017

0202