USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

GEORGE GRAHAM,

            Defendant.

---

No. 17-CR-663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In May 2019, Defendant George Graham plead guilty and was sentenced to one year and one day on all counts to run concurrently. He voluntarily surrendered two months later. On November 15, 2019, Graham filed a motion requesting release from prison pending the resolution of his appeal before the Court of Appeals for the Second Circuit. No later than December 1, 2019, the Government shall respond to Graham's motion.

SO ORDERED.

Date: November 19, 2019
      New York, NY

Ronnie Abrams
United States District Judge