USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GEORGE GRAHAM,

            Defendant.

No. 17-cr-663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Today, Defendant George Graham filed an emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release. Mr. Graham states that he suffers from Lupus and is thus at high-risk if he were to contract COVID-19. He also notes that he is due to be released on April 22, 2020 – less than two weeks from now. No later than **5:00 p.m. on Monday, April 13, 2020**, the Government shall advise the Court whether it has any objection to this request and, if so, provide the basis for that objection.

    In addition, in light of the unprecedented threat that COVID-19 poses, the health condition that Mr. Graham has articulated, and his pending release on April 22, 2020, the Court strongly urges the BOP to reach a determination as to Mr. Graham's internal request by **Monday, April 13, 2020**. The Government shall include in its letter whether the BOP has made this determination.

    Finally, no later than **Monday, April 13**, defense counsel shall file the affidavit from Dr. Brie Williams, referenced in the letter motion as Exhibit A, and a copy of the

March 27 internal request that counsel made to CI Moshannon Valley, referenced in the letter motion as Exhibit B.

SO ORDERED.

Dated: April 10, 2020
New York, New York

Ronnie Abrams
United States District Judge