USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GEORGE GRAHAM,

          Defendant.

No. 17-cr-663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 10, 2020, Defendant George Graham filed an emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release. The Government does not oppose Mr. Graham's motion.

As soon as possible, but no later than **tomorrow, April 14, 2020**, **at 12:00 p.m.**, Mr. Graham's counsel should inform the Court whether Mr. Graham intends to proceed with his compassionate release request in light of the Government's assertion that Mr. Graham is subject to a detainer from the U.S. Immigration and Customs Enforcement and there are currently no confirmed cases of COVID-19 at CI Moshannon Valley. Defense counsel shall also inform the Court whether he has any objection to the additional supervised release conditions proposed by the Government. If defense counsel needs additional time to speak with Mr. Graham, he should file a letter updating the Court as to that fact. The Court urges the Government to assist defense counsel in setting up this call.

SO ORDERED.

Dated:    April 13, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge