# BREEDING HENRY BAYSAN

BREEDING HENRY BAYSAN PC

7 WORLD TRADE CENTER
250 GREENWICH ST 46TH FLOOR
NEW YORK, NY 10006
TEL.    +1 212.813.2292
breedinghenrybaysan.com

BRADLEY L. HENRY
DIRECT. +1 646-820-0224
FAX.    +1 212.779.4457
bhenry@bhblegal.com

April 14, 2020

VIA ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. George Graham; 17 Cr. 663 (RA)**

Dear Judge Abrams:

I write in reply to the Court's Order [Doc 60] to confirm that I have spoken to Mr. Graham and discussed the detainer and lack of positive COIVD-19 tests at his current facility and Mr. Graham wishes to proceed with his April 10, 2020 compassionate release motion. Mr. Graham agrees to cooperate with immigration authorities and would be prepared to self-quarantine for fourteen days. Please let me know if you need anything further.  Thank you.

Sincerely,

Bradley L. Henry, Esq.