UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/14/2020
```

UNITED STATES OF AMERICA,

v.

GEORGE GRAHAM,

           Defendant.

No. 17-cr-663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 10, 2020, the Court received Defendant George Graham's emergency motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. *See* Dkt. 55. On April 13, the Government filed a letter indicating that it does not oppose Mr. Graham's request. *See* Dkt. 59.

Mr. Graham's motion is **GRANTED** as unopposed for the reasons articulated by the parties in their submissions. Thus, HEREBY ORDERED that:

(1) Mr. Graham's sentence of incarceration in this action is reduced to time served pursuant to 18 U.S.C. § 3582(c)(1)(A);

(2) Mr. Graham is ordered released from Bureau of Prisons' custody, **effective immediately**; and

(3) Mr. Graham is placed on supervised release, subject to the conditions set forth in the judgment dated May 1, 2019, *see* Dkt. 36. On consent of the parties, the Court imposes two additional conditions of supervised release. First, Mr. Graham must cooperate with immigration authorities. Second, in the event that Mr. Graham is not transferred into ICE custody, he shall quarantine for fourteen days within the home in which he intends to reside.

The Government shall notify the BOP of this Order immediately.

SO ORDERED.

Dated:   April 14, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge