**MANDATE**

S.D.N.Y.
17-cr-663
Ronnie Abrams, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty.

PRESENT:

    Amalya L. Kearse,
    Dennis Jacobs,
    José A. Cabranes,
        *Circuit Judges.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 03, 2020
```

United States of America,

            *Appellee*,

    v.

George Graham,

            *Defendant-Appellant.*

**ORDER**

19-1412-cr

On April 14, 2020, the District Court (Ronnie Abrams, *Judge*), upon unopposed motion by Defendant-Appellant George Graham ("Graham"), reduced Graham's prison sentence to time served and ordered his immediate release. *See* District Court Docket, 17-cr-663-RA, Dkt. No. 62. As Graham's only arguments before us on appeal relate to the reasonableness of his prison sentence, we accordingly **DISMISS** the captioned appeal as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/03/2020