UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

GEORGE GRAHAM,

Defendant.

No. 17-cr-663 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

On June 6, 2025, the Government filed a motion seeking for Defendant George Graham's $200,000 bond, currently on deposit in the Court's registry, to be applied to Mr. Graham's outstanding restitution balance.  Dkt. No. 65.  The Court is in receipt of the attached emails from Mr. Graham and his wife, which, among other things, assert that several other persons contributed funds to his bond and retain a property interest in those funds.  No later than June 27, 2025, the Government shall file a supplemental letter responding to Mr. Graham's assertions.  The Government shall also serve a copy of this order, as well as its supplemental letter, on Mr. Graham by email.  *See* Dkt. No. 68.

SO ORDERED.

Dated:       June 17, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Thursday, June 12, 2025 12:13 PM |
| **To:** | John Gura; Abrams NYSD Chambers; Adam Hobson |
| **Subject:** | AUSA VALERIE TSESARENKO |

CAUTION - EXTERNAL:

Please I am asking once again, how and why is an AUSA able to pay my bail. She is on OFFICIAL court documents. It's not an "honest mistake". Now you not responding to anything, because you know I'm deported so you are using it to your advantage. But the truth will come out. The BAR association have been contacted about this unlawful corruption.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

### Preliminary Statement

The United States of America (the "United States" or the "Government") respectfully submits this memorandum of law in support of its motion, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044, for an order directing the Clerk of Court (the "Clerk") to apply the $200,000 currently on deposit in the Court's registry, which was used to secure defendant George Graham's ("Graham" or "defendant") appearance bond, to the outstanding balance on the restitution imposed by the Court.

### Statement of the Case

On April 28, 2017, Graham was arrested and charged with conspiracy to commit access device fraud, access device fraud, and aggravated identity theft. *See* Docket Entry ("Dkt.") No. 1. On the same day, Magistrate Judge Kevin N. Fox denied bail and ordered that Graham be detained pending a further hearing. *Id.* at No. 4. Shortly thereafter the Government and defendant reached an agreement on the terms of defendant's appearance bond, which was so-ordered by the Magistrate Judge. The agreement provided that defendant would post a $500,000 personal recognizance bond secured by a $200,000 cash deposit as a condition of his bail. *Id.* at No. 8, at pp.8-9. In the bond agreement, defendant swore, under penalty of perjury, that he was the owner of the property that secured the bond. *Id.* at No. 8, at p.2. No other individuals were listed as co-owners or sureties on the property securing defendant's appearance bond. *Id.*

On or about June 8, 2017, the Clerk of Court's Cashiers Office received a registry deposit for $200,000 from Valerie Tsesarenko (receipt number 465401183105) on behalf of George Graham as provided by the terms of his personal recognizance bond.

On January 5, 2018, Graham pled guilty to: (1) conspiracy to commit access device fraud, in violation of 18 U.S.C. 1029 § (a)(2) and (b)(2); (2) access device fraud, in violation of 18 U.S.C.

2

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Saturday, May 31, 2025 6:20 AM |
| **To:** | Abrams NYSD Chambers |
| **Subject:** | BAIL RETURN |

CAUTION - EXTERNAL:

Hello Judge Abrams, my name is George Graham, my case number is D-NYS-1-17-MJ-003007-001 I am writing you because you was the judge on my case. And you sentenced me to One year and one day. I served my time. My family and my church gathered money that was put up for my bail. I followed all the bail conditions. I wrote you after the case to express my concern about the release of the bail back to them. Which you never responded. The law states that bail should be returned back to them people that posted it. My family have made several attempts to get back the bail they posted to no avail. This is very racist and unconstitutional, and will be investigated and exposed publicly by BLACK LIVES MATTER and other organizations who are willing to go all the way for this matter. It's ok for you to issue sentences, then it's ok for you to speak to the US attorney. I am also a human being, if I was your family member, you would want help for me. You are supposed to be fair and impartial. And I am willing to fight to the end. This is my last formal reach out just to have on record to show that there is never no correspondence. But legal actions will be taken against this corruption.

Thank You
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Thursday, June 12, 2025 12:19 PM |
| **To:** | John Gura; Abrams NYSD Chambers; Adam Hobson |
| **Subject:** | CORRUPTION |

CAUTION - EXTERNAL:


I will like to know why there is a AUSA listed as a payer of bail for me, and a whole other AUSA listed as my attorney when it's not true. These are not honest mistakes or the would be fixed. I need some type of answer please. I DO NOT WORK WITH THE US GOVERNMENT. Why are they representing me ?
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Friday, June 13, 2025 9:52 AM |
| **To:** | John Gura; Abrams NYSD Chambers; Adam Hobson |
| **Subject:** | Fwd: [EXTERNAL] Original Signature Document |

**CAUTION - EXTERNAL:**


This is John Gura confirming that he received the correct document. He is knowledgeable of the proper documentation but still chooses to bring forth a fraud claim


Begin forwarded message:

> **From:** "Gura, John (USANYS)" <John.Gura@usdoj.gov>
> **Date:** June 10, 2025 at 8:17:15 PM GMT
> **To:** George Graham <ggray4140@gmail.com>
> **Subject: RE: [EXTERNAL] Original Signature Document**
>
>
> Mr. Graham –
>
> I received the image of the second page of the agreement that you forwarded to me.
>
> John E. Gura, Jr.
> Assistant United States Attorney
> Southern District of New York
> Tel. (212) 637-2712
> Email: john.gura@usdoj.gov

---

**From:** George Graham <ggray4140@gmail.com>
**Sent:** Tuesday, June 10, 2025 1:24 PM
**To:** Gura, John (USANYS) <John.Gura@usdoj.gov>
**Subject:** [EXTERNAL] Original Signature Document


<image001.jpg>

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | amanda graham <amariegraham91@gmail.com> |
| **Sent:** | Monday, June 9, 2025 5:47 PM |
| **To:** | Abrams NYSD Chambers |
| **Subject:** | Help pls |
| **Attachments:** | 17cr663_AGREEMENT_TO_FORFEIT_PROPERTY_OTHER_THAN_REAL_PROPERTY No.8.pdf |

CAUTION - EXTERNAL:


Hi Judge,

I'm writing again because my family and I are fighting for our money that we put up for my husbands bail. I am letting you know that I and 2 other people have signed to be financially responsible but I don't see my signature. Adam Hobson and his office are doing illegal activities. Who else can I report this to? I've already reported to multiple bar associations and I'm requesting for your help in any way. Please

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


Sent from my iPhone

**ORIGINAL**

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States of America
)
v.
)
)   Case No.   **17 MAG 3007**
)
**GEORGE GRAHAM**
)
*Defendant*
)

**U.S. DISTRICT COURT**
**FILED**

**JUN 0 1 2017**

**S.D. OF N.Y.**

## APPEARANCE BOND

**DOC #__ __**

### Defendant's Agreement

I, _____ **GEORGE GRAHAM** _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;

( X ) if convicted, to surrender to serve a sentence that the court may impose; or

( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

( ☐ ) (2)  This is an unsecured bond of $ _____ .

( X ) (3)  This is a secured bond of $  **500,000 PRB** _____ , secured by:

   ( ☐ )  (a) $ _____ , in cash deposited with the court.

   ( ☐ )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
   **SECURED BY $200,000 CASH**

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   ( ☐ )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/1/17

_____
*Defendant's signature* **GEORGE GRAHAM**

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

Date: 6/1/17

Approved.
Date: 6/1/17

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

_____
**AUSA ADAM HOBSON**

# UNITED STATES DISTRICT COURT
### for the

Southern    District of   New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    **17 MAG 3007** |
| **GOERGE GRAHAM** | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on   _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                         Page        of        Pages

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____    Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

Custodian                                           Date

( X )  (7)  The defendant must:

( X )  (a)  submit to supervision by and report for supervision to the  **STRICT PRETRIAL SUPERVISION** ,

telephone number _____, no later than _____.

( ☐ )  (b)  continue or actively seek employment.

( ☐ )  (c)  continue or start an education program.

( X )  (d)  surrender any passport to:  **PSA (& NO NEW APPLICATIONS)**

( X )  (e)  not obtain a passport or other international travel document.

( X )  (f)  abide by the following restrictions on personal association, residence, or travel:  **SDNY/EDNY**

_____

( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☐ )  (k)  not possess a firearm, destructive device, or other weapon.

( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☐ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( X )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( X )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ☐ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ☐ )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

( X )  (s)  **$500,000 PRB TO BE SECURED BY $200,000 CASH, AND CO-SIGNED BY THREE (3) FINANCIALLY RESPONSIBLE PERSONS, THAT THE DEFT BE SUBJECT TO HOME DETENTION WITH STRICT PRETRIAL SUPERVISION AND ELECTRONIC MONITORING THAT THE DEFT SURRENDER ALL PASSPORTS AND TRAVEL DOCUMENTS AND NO MAKE ANY NEW APPLICATIONS FOR SUCH DOCUMENTS; AND THAT THE DEFT'S TRAVEL BE RESTRICITED TO THE SDNY/EDNY; THE GOVERNMENT  BELIEVES THAT THE DEFT CAN  BE RELEASED ON HIS OWN SIGNATURE WITH THE REMAINING CONDITIONS TO BE MET W/IN ONE WEEK**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: *Corrinee Graham*

*1 7 MAG 3007*

*6/1/17*

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
*Judicial Officer's Signature*

_____
*Printed name and title*

AO 199C  (Rev. 09/08)  Advice of Penalties                                    Page ____ of ____ Pages

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

ORIGINAL



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2017

**BY HAND**

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Courtroom 9A
New York, NY 10007

      **Re:**   ***United States* v. *George Graham*, Mag Dkt No. 17 Mag 3007**

Dear Magistrate Judge Moses:

      The Government respectfully submits this letter to propose a bail package for the above-referenced defendant who was presented to the Court on April 28, 2017 on a complaint charging him with conspiracy to commit access device fraud, access device fraud, and aggravated identity theft in violation of 18 U.S.C. §§ 1028A, 1029(a)(2), (b)(2), and 2.

      If the Court agrees that bail is appropriate here, the Government and defense counsel have conferred and propose the following terms for the Court's consideration:  that the defendant be released on a $500,000.00 bond, to be secured by $200,000.00 cash, and co-signed by three financially responsible persons; that the defendant be subject to home detention with strict pretrial supervision and electronic monitoring; that the defendant surrender all passports and travel documents and not make any new applications for such documents; and that the defendant's travel be restricted to the Southern and Eastern Districts of New York.  The Government believes that the defendant can be released on his own signature with the remaining conditions to be met within one week.

The Government is happy to provide any additional information to assist the Court in assessing this request and the parties are willing to appear before Your Honor at the Court's convenience.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By

AUSA Adam S. Hobson
212-637-2484

cc: Bradley L. Henry, Esq. (by email)

SO ORDERED:

Barbara Moses
United States Magistrate Judge

6/1/17

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Thursday, June 12, 2025 12:04 PM |
| **To:** | John Gura; Abrams NYSD Chambers; Adam Hobson |
| **Subject:** | Inaccurate Document |

CAUTION - EXTERNAL:


I DO NOT AGREE THAT MY ATTORNEY IS JAY CLAYTON. AND IM ASKING THAT THIS BE FIXED OR IT IS VOID


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

### Conclusion

For the foregoing reasons, the Government respectfully requests that this Court grant the Government's motion and enter an order directing the Clerk of Court to apply the $200,000 currently on deposit as security for defendant's appearance bond to defendant's outstanding restitution obligation.

Dated: New York, New York
     June 6, 2025

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney for the
                  Southern District of New York
                  *Attorney for Defendant*

By:        ___*s/ John E. Gura, Jr.*_____
                  JOHN E. GURA, JR.
                  Assistant United States Attorney
                  86 Chambers Street, 3rd floor
                  New York, New York 10007
                  Telephone: (212) 637-2712
                  Email: john.gura@usdoj.gov

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Thursday, June 12, 2025 2:33 PM |
| **To:** | John Gura; Abrams NYSD Chambers; Adam Hobson |
| **Subject:** | LAW |

CAUTION - EXTERNAL:


This is the case law you sent me from another case. I have reviewed it.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

such a lien, there is no such exemption for cash bail in this situation. Accordingly, the Court independently finds that the Government's interest in asserting its lien is sufficient grounds for applying the money posted by Ware toward his outstanding fine. *See Lavin v. United States*, 299 F.3d 123, 128 (2d Cir. 2002) (the Government's lien on seized money pursuant to § 3613 outweighed the defendant's interest in return of the property). The Government's motion is therefore granted as to the $25,000 posted by Ware.

**\*2**  On the other hand, the $25,000 posted by Ware's mother, Mary Sue Ware, would ordinarily not be subject to § 2044 because it was not posted by Ware himself. *See* *Equere*, 916 F. Supp. 450 at 452 (funds posted by and belonging to a third party could not be applied to the defendant's fine). However, the Government has submitted evidence showing that Ware's mother passed away on January 27, 2011. *See* Doc. 270-2 (Mary Sue Ware's death certificate). According to the copy of Mary Sue Ware's Last Will and Testament submitted by the Government, Mary Sue Ware bequeathed "all the rest and residue of my estate of every kind and description ... which I may own or to which I may be entitled to at the time of my death ... to my three children, Glinda S. Ware, Michael Ware and Thomas Ware, in equal parts per stirpes." Doc. 270-4 at 1. Ware signed his opposition brief on behalf

2

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Thursday, June 12, 2025 9:48 AM |
| **To:** | John Gura; Adam Hobson; Abrams NYSD Chambers |
| **Subject:** | Original Bail Order |

CAUTION - EXTERNAL:

Good morning John,
I am writing you to ask if you can submit the real original document of the bail order to the courts. You are knowingly moving forward in a court proceeding while using a false document.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# 1 of 10

## NEW YORK FALSE CL

*State Finance Law*, Art. 13, §§187-194 (wit

### § 187. SHORT TITLE

This article shall be known and may be cited as the "New York f

### § 188. DEFINITIONS

As used in this article, the following terms shall mean:

1. "Claim"

  (a) means any request or demand, whether under a contract or oth

    (i) is presented to an officer, employee or agent of the state

    (ii) is made to a contractor, grantee, or other recipient, if the
    on the state or a local government's behalf or to advance a si
    interest, and if the state or local government (A) provides or
    or property requested or demanded; or (B) will reimburse su
    for any portion of the money or property which is requested

  (b) does not include requests or demands for money or property t
  already paid to an individual as compensation for government en
  no restrictions on that individual's use of the money or property.

2. "F    claim" means any claim which is, either

'Knowing and knowingly"

2

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | amanda graham <amariegraham91@gmail.com> |
| **Sent:** | Wednesday, June 11, 2025 5:43 PM |
| **To:** | Abrams NYSD Chambers |
| **Cc:** | John Gura; Adam Hobson; Bradley Henry |
| **Subject:** | Request |
| **Attachments:** | Abram me.pdf |

CAUTION - EXTERNAL:


Hi,

My name is Amanda Evans and I'm writing in regards to case 17-cr-663. I have attached a letter explaining my relation to this case and what I'm asking of the courts.

Thank you
Amanda Evans
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appe
security will be released when either: (1) the defend
serve a sentence.

*Ownership of the Property.* I, the defendant – and e

    (1)    all owners of the property securing

    (2)    the property is not subject to claims

    (3)    I will not sell the property, allow fu

while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – ha
release set by the court or had them explained to me

I, the defendant – and each surety – declare under p

Date: 6/1/17

Amanda Burns

Surety/property owner – printed name

2

**Attn RONNIE ABRAMS**
Date:06/11/2025

Hi my name is Amanda Evans and I'm writing in regards to case # 17-CR-663. There has been a motion for an application of bond funds to restitution for George Graham. In the motion there is a claim made by the government that George is the owner of the funds and that there were no other individuals listed as surety/property owners. And there was also a document submitted where my signature is missing and 2 of the other surety/property owners signatures are also missing as well. The document is a fake document and the statement made about no individuals not being listed is also false. The law states that as long as the defendant complied and made all appearances to court  and finished his sentence the property would be returned. Me being the surety and property owner I am requesting for an order for the return of my property in the amount of $200,000. Also they put another person name as the payer on the bail, Valerie Tsesaranko, who's a current AUSA. Which is a conflict because that's why I haven't been able to retrieve it on my own. It was supposed to be in my name.

Thank you
Amanda Evans

Email: amariegraham91@gmail.com
Phone: 6469806231

## Abrams NYSD Chambers

**From:**          George Graham <ggray4140@gmail.com>
**Sent:**          Wednesday, June 11, 2025 4:45 PM
**To:**            Abrams NYSD Chambers
**Cc:**            John Gura
**Subject:**       Response to Motion
**Attachments:**   Ronnie's.pdf


**CAUTION - EXTERNAL:**

Hi,

This is George Graham. Case #17-CR-663. I am writing to let you know I have written you a letter that will be mailed to you and I have attached it. It's in regards to a motion I've been served and I have very pertinent information regarding its validity. I've also attached a photo of the original document.

Thank you for your time
George Graham

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

AO 98 (Rev. 12/11) Appearance Bond

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Southern  District of  New York

United States of America
)
v.
)
)     Case No.    17 MAG 3007
)
GEORGE GRAHAM
)
*Defendant*

FILED
U.S. DISTRICT COURT
JUN 0 1 2017
S.D. OF N.Y.

## APPEARANCE BOND

DOC # 8

### Defendant's Agreement

I, _____GEORGE GRAHAM_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;

( X ) if convicted, to surrender to serve a sentence that the court may impose; or

( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $  **500,000 PRB**  _____ , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

**SECURED BY $200,000 CASH**

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount interest and costs.

2



AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appe
security will be released when either: (1) the defend
serve a sentence.

*Ownership of the Property.* I, the defendant – and e

(1)    all owners of the property securing
(2)    the property is not subject to claims
(3)    I will not sell the property, allow fu
while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – ha
release set by the court or had them explained to me

I, the defendant – and each surety – declare under p

Date: 6/1/17

Amanda Burns

Surety/property owner – printed name

3

**ATTN RONNIE ABRAMS**

Date: 06/11/2025

Hi my name is George Graham. Case #. My attorney
excused himself as my lawyer so I'm representing
myself pro-se. So you have to respond to me because
the government won't tell me anything. I am writing in
response to the motion of application of bond funds to
restitution. I am responding to documents that the
government submitted to the court asking that bail be
applied to restitution and claim that there is no
individuals listed as co owners/property owners other
than myself. The government created a fraudulent
document where they removed the surety/proptery
owners from page 2 of the document in attempt to
defraud the court. I am asking that this be fairly viewed
by you and the property owners be returned their
property. I request that the check be made to one of the
property owners listed Amanda Evans. I also submitted
the original document with the 3 surety's/property
owners names and signatures as sworn affidavit. You
can compare it to the doctored one. I am asking based
on this for the motion to be denied and the money be
returned to the property owner Amanda Evans. I will
also like to proceed with criminal charges for the
attempt the court and defraud me. Thank you

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Wednesday, June 11, 2025 4:26 PM |
| **To:** | Abrams NYSD Chambers |
| **Subject:** | Response to motion |
| **Attachments:** | Abram Letter.pdf |

CAUTION - EXTERNAL:

Hi,

This is George Graham. Case #17-CR-663. I am writing to let you know I have written you a letter and I have attached it. It's in regards to a motion I've been served and I have very pertinent information regarding its validity. I've also attached a photo of the original document.

Thank you for your time
George Graham

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appe
security will be released when either: (1) the defend
serve a sentence.

*Ownership of the Property.* I, the defendant – and e

(1)     all owners of the property securing

(2)     the property is not subject to claims

(3)     I will not sell the property, allow fu

while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – ha
release set by the court or had them explained to me

I, the defendant – and each surety – declare under p

Date: 6/1/17

*Surety/property owner – printed name*

2

AO 98 (Rev. 12/11) Appearance Bond

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Southern    District of    New York

United States of America
)
)
v.
)
)
Case No.    17 MAG 3007
)
GEORGE GRAHAM
)
Defendant

## APPEARANCE BOND

DOC # 8

### Defendant's Agreement

I, _____ GEORGE GRAHAM _____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;

( X ) if convicted, to surrender to serve a sentence that the court may impose; or

( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ __500,000 PRB__ , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property (describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):
SECURED BY $200,000 CASH

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

_____

_____

### Forfeiture or Release of the Bond

Forfeiture of the Bond. This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount interest and costs.

Sent from my iPhone

**ATTN RONNIE ABRAMS**

Date: 06/11/2025

Hi my name is George Graham. Case # 17-CR-663 My attorney
excused himself as my lawyer so I'm representing myself pro-
se. So you have to respond to me because the government won't
tell me anything. I am writing in response to the motion of
application of bond funds to restitution. I am responding to
documents that the government submitted to the court asking
that bail be applied to restitution and to the claim that there is no
individuals listed as co owners/property owners other than
myself. The government created a fraudulent document where
they removed the surety/property owners from page 2 of the
document in attempt to defraud the court. These claims are
completely untrue. I am asking that this be fairly viewed by you
and the property owners be returned their property. I request that
the check be made to one of the property owners listed Amanda
Evans. I also submitted the original document with the 3
surety's/property owners names and signatures as sworn
affidavit. You can compare it to the doctored one. I am asking
based on this for the motion to be denied and the money be
returned to the property owner Amanda Evans. I will also like to
proceed with criminal charges for the attempt to defraud the
court and the attempt to defraud me. Thank you

Sincerely,

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | George Graham <ggray4140@gmail.com> |
| **Sent:** | Wednesday, June 11, 2025 8:01 PM |
| **To:** | Abrams NYSD Chambers |
| **Cc:** | John Gura; Adam Hobson; Bradley Henry |
| **Subject:** | Response to motion 17-CR-663 |
| **Attachments:** | G.pdf |

CAUTION - EXTERNAL:

Dear Judge Abrams,

This is George Graham. Case #17-CR-663. I am writing to let you know I have written you a letter and I have attached it. It's in regards to a motion I've been served and I have very pertinent information regarding its validity. I've also attached a photo of the original document.

Thank you for your time
George Graham

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appe
security will be released when either: (1) the defend
serve a sentence.

*Ownership of the Property.* I, the defendant — and e

(1)    all owners of the property securing
(2)    the property is not subject to claims
(3)    I will not sell the property, allow fu
while this appearance bond is in effect.

*Acceptance.* I, the defendant — and each surety — ha
release set by the court or had them explained to me

I, the defendant — and each surety — declare under p

Date: 6/1/17

Amanda Burns
Surety/property owner — printed name

2

Sent from my iPhone

In Response to Motion of Application
of Bond Funds to Restitution
17-CR-663

**ATTN Judge RONNIE ABRAMS:**

Date: 06/11/2025

Hi my name is George Graham. Case # 17-CR-663 My attorney
excused himself as my lawyer so I'm representing myself pro-se. So
you have to respond to me because the government won't tell me
anything. I was advised by your court clerk to respond to the motion
in this way via mail being that I'm deported, I also sent you an email
with cc to John Gura, Adam Hobson and Bradley Henry. I am
writing in response to the motion of application of bond funds to
restitution. I am responding to documents that the government
submitted to the court asking that bail be applied to restitution and
to the claim that there is no individuals listed as co owners/property
owners other than myself. The government created a fraudulent
document where they removed the surety/property owners from
page 2 of the document in attempt to defraud the court. These claims
are completely untrue. I am asking that this be fairly viewed by you
and the property owners be returned their property. I request that the
check be made to one of the property owners listed Amanda Evans.
I also submitted the original document with the 3 surety's/property
owners names and signatures as sworn affidavit. You can compare it
to the doctored one. Also they put another name as the payer of the
bail, Valerie Tsesarenko, who is currently an AUSA. Which is a
conflict because that's why the property owners haven't been able to
retrieve their funds. I am asking based on this information for the
motion to be denied and the money be returned to the property
owner Amanda Evans. I will also like to proceed with criminal
charges for the attempt to defraud the court and the attempt to
defraud me. Thank you

Sincerely,
George Graham
 Email: ggray4140@gmail.com

**Abrams NYSD Chambers**

| | |
|---|---|
| **From:** | amanda graham <amariegraham91@gmail.com> |
| **Sent:** | Friday, May 30, 2025 5:41 PM |
| **To:** | Abrams NYSD Chambers |
| **Subject:** | Return of bail matter |

CAUTION - EXTERNAL:

Hi Good Evening Judge,

My name is Amanda and I am writing in regards to a release of bail money matter. You were the judge on my husbands case back in 2019 with Adam Hobson as the USDA. My husband's name is George Graham. My family and I gathered bail money in the amount of $200,000. At the time an agreement was made between my husband and his lawyer Brad that the money would be returned once the case was over. The case has been over and since he's finished his sentence in 2020 we've been trying to recover the money. We have received no documentation stating as to why the money is just sitting there and why the funds weren't released once the case was over. The DA or his lawyer has been able to provide any documentation. They just keep saying it's with the county clerk and will be applied to restitution but with no supporting documentation. I am asking for your assistance in any way please.

Thank you
Amanda Graham
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.