UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE GRAHAM,<br><br>　　　　　　　Defendant. | No. 17-cr-663 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　The Court is in receipt of the attached letter from Mr. Graham requesting appointment of counsel to assist in opposing the Government's motion to apply his bond to his outstanding restitution obligation. The C.J.A. attorney assigned to receive cases on this day is hereby ordered to assume representation of Mr. Graham in this matter.

　　The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Graham at 4140 Carpenter Ave, Apartment 2D, Bronx, NY 10466.

SO ORDERED.

Dated:　　July 22, 2025
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

7/9/25

ATTENTION: Judge Ronnie Abrams

I George Graham, am amenable to having counsel appointed to prepare my oposition to the government's motion.

Thank you,
Yours sincerely,
George Graham.
17-CR-663