UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE GRAHAM,<br><br>Defendant. | No. 17-cr-663 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 22, 2025, the Court appointed counsel to assist Mr. Graham in preparing a response to the Government's motion to apply his bond to his outstanding restitution balance. Dkt. No. 75. His counsel shall file the response no later than August 22, 2025, and the Government shall file any reply by August 29, 2025.

SO ORDERED.

Dated: July 31, 2025
New York, New York

_____
Ronnie Abrams
United States District Judge