UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE GRAHAM,<br><br>Defendant. | No. 17-cr-663 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 1, 2025, the Court ordered Mr. Graham to cease sending emails to the chambers email address. Dkt. No. 73. Since that order, he has continued to send emails directly to chambers and to copy it on various correspondence he has sent to other parties. The Court will not review or respond to any of these emails. Now that Mr. Graham has been appointed C.J.A. counsel, all correspondence with the Court shall be made through his lawyer.

SO ORDERED.

Dated:   August 1, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge