**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :          ORDER
                                       :
                                       :        _____
                                       :           Docket #
                                       :
---------------------------------------x
```

_____
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

**SO ORDERED**.

_____

July 22, 2025
**Dated:  New York, New York**