UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

GEORGE GRAHAM,

Defendant.

No. 17-cr-663 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letters from George Graham and Amanda Graham, which are both dated June 11, 2025 and were filed before Mr. Graham was appointed counsel in this matter.

SO ORDERED.

Dated:   September 12, 2025
         New York, New York

Ronnie Abrams
United States District Judge

In Response to Motion of Application
of Bond Funds to Restitution
17-CR-663

**ATTN Judge RONNIE ABRAMS:**
Date: 06/11/2025

Hi my name is George Graham. Case # 17-CR-663 My attorney excused himself as my lawyer so I'm representing myself pro-se. So you have to respond to me because the government won't tell me anything. I was advised by your court clerk to respond to the motion in this way via mail being that I'm deported, I also sent you an email with cc to John Gura, Adam Hobson and Bradley Henry. I am writing in response to the motion of application of bond funds to restitution. I am responding to documents that the government submitted to the court asking that bail be applied to restitution and to the claim that there is no individuals listed as co owners/property owners other than myself. The government created a fraudulent document where they removed the surety/property owners from page 2 of the document in attempt to defraud the court. These claims are completely untrue. I am asking that this be fairly viewed by you and the property owners be returned their property. I request that the check be made to one of the property owners listed Amanda Evans. I also submitted the original document with the 3 surety's/property owners names and signatures as sworn affidavit. You can compare it to the doctored one. Also they put another name as the payer of the bail, Valerie Tsesarenko, who is currently an AUSA. Which is a conflict because that's why the property owners haven't been able to retrieve their funds. I am asking based on this information for the motion to be denied and the money be returned to the property owner Amanda Evans. I will also like to proceed with criminal charges for the attempt to defraud the court and the attempt to defraud me. Thank you

Sincerely,
George Graham
Email: ggray4140@gmail.com

AO __ (Rev. __) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant — and each surety — declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant — and each surety — have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant — and each surety — declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/1/17

Defendant's signature GEORGE GRAHAM

Amena Evans
Surety/property owner – printed name

X _____
Surety/property owner – signature and date

Christian Graham
Surety/property owner – printed name

X _____
Surety/property owner – signature and date

Natasha Dent
Surety/property owner – printed name

X _____
Surety/property owner – signature and date

Date: 6/1/17

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 6/1/17

_____
AUSA ADAM HOBSON

George Graham
1440 Carpenter Ave, 2D
Bronx, NY, 10466

ATTN: Judge Ronnie Abrams
500 Pearl Street
New York, NY, 10007

# Attn JUDGE RONNIE ABRAMS:

# Date: 06/11/2025

Hi my name is Amanda Evans and I'm writing in regards to case # 17-CR-663. There has been a motion for an application of bond funds to restitution for George Graham. In the motion there is a claim made by the government that George is the owner of the funds and that there were no other individuals listed as surety/property owners. And there was also a document submitted where my signature is missing and 2 of the other surety/property owners signatures are also missing as well. The document is a fake document and the statement made about no individuals not being listed is also false. The law states that as long as the defendant complied and made all appearances to court and finished his sentence the property would be returned. Me being the surety and property owner I am requesting for an order for the return of my property in the amount of $200,000. Also they put another person name as the payer on the bail, Valerie Tsesarenko, who's a current AUSA. Which is a conflict because that's why I haven't been able to retrieve it on my own. It was supposed to be in my name.

Thank you
Amanda Evans

Email: amariegraham91@gmail.com
Phone: 6469806231

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/1/17

_____
Defendant's signature  GEORGE GRAHAM

Amina Evans
Surety/property owner – printed name

x _____
Surety/property owner – signature and date

Christian Graham
Surety/property owner – printed name

x _____
Surety/property owner – signature and date

Natasha Dent
Surety/property owner – printed name

x _____
Surety/property owner – signature and date

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Date: 6/1/17

Approved.
Date: 6/1/17

_____
AUSA ADAM HOBSON

Amanda Evans
3669 Willet Ave
Bronx, NY, 10467

Attn: Judge Ronnie Abrams
500 Pearl Street
New York, NY, 10007