**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

━━━◆━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY
10010 TEL: (212) 227-9003 • FAX: (212) 937-2112
c.abate71@gmail.com

September 6, 2025

> Application GRANTED. The Clerk of the Court shall appoint CJA counsel on duty today, September 22, 2025, to represent Mr. Graham in connection with the Government's Motion, Dkt. No. 65. By September 24, 2025, Mr. Graham's new counsel shall file a notice of appearance. The Clerk of the Court shall CLOSE Dkt. No. 84.
>
> SO ORDERED.
> _____
> USMJ 9/22/2025

**VIA ECF**

Hon. Judge Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

**Re: Request to be Relieved from Representation**
*United States v. George Graham*, **17 Cr. 663 (RA)**

Dear Judge Abrams,

    Based upon numerous communications with Mr. Graham over the past two months, and additional communications after the government's letter brief of September 5, 2025 was filed on ECF, I strongly believe that there is irremediable damage to the attorney/client relationship. As such, I have no choice but to ask to be relieved.

    As a final matter, I attach to this letter two documents that Mr. Graham demands that I put before the Court prior to any decision on the restitution matter.

                                           Sincerely,

                                           *Camille M. Abate*

                                           Camille M. Abate

cc: AUSA John Gura, Esq. (via ECF)