UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

GEORGE GRAHAM,

                Defendant.

CASE NO.: 17 Crim. 663 (RA) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 19, 2025, the Honorable Ronnie Abrams referred this case to the undersigned for the purpose of deciding the Government's motion to apply bond to Defendant's outstanding restitution balance. (Dkt. No. 65 (the "Motion")). An in-person conference to discuss the Motion (the "Conference") is scheduled for **Wednesday, October 8, 2025 at 4:00 p.m. EST** in in Courtroom 18A, 500 Pearl Street, New York, New York. Any person wishing to be heard on the Motion MUST appear at the Conference.

Dated:     New York, New York
             September 24, 2025

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**