UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GEORGE GRAHAM,

Defendant.

17-CR-663 (RA) (SLC)

ORDER

RONNIE ABRAMS, United States District Judge:

By orders dated July 1, 2025 and August 1, 2025, the Court ordered Defendant George Graham to cease sending emails to the undersigned's chambers email address, and that all correspondence with the Court must be made through his assigned counsel. *See* Dkt. No. 73, 77. In defiance of these Orders, Mr. Graham has continued to send numerous emails to the chambers email address and copy chambers on correspondence he has sent to his attorney. These emails have contained offensive and harassing language. In addition, Mr. Graham has repeatedly contacted several departments in the Clerk's Office using similarly offensive and harassing language.

As Mr. Graham has refused to comply with the Court's orders, the Court will block all incoming emails from the various email addresses Mr. Graham uses to contract chambers. The Court further notifies Mr. Graham that neither the Court nor the Clerk's Office will review or respond to any further email correspondence from him. Should Mr. Graham call the Court or Clerk's Office staff, moreover, the calls will be terminated immediately.

On September 22, 2025, Magistrate Judge Sarah L. Cave granted the request of Mr. Graham's previously-appointed C.J.A. counsel to be relieved in this matter and ordered that new C.J.A. counsel be appointed to represent him in connection with the Government's pending motion. Dkt. 88; *see also* Dkt. 65, 84. Accordingly, so long as he is represented, communication

with the Court shall be made exclusively through Mr. Graham's assigned counsel. If there comes a time in the future where Mr. Graham is not represented by counsel, he may only contact the Court or the Clerk's Office in writing by regular postal mail, addressed to the Pro Se Intake Unit, located at 500 Pearl Street, Rm. 200, New York, NY 10007.

## CONCLUSION

The Court directs Defendant to cease further attempts to contact the Clerk's Office or chambers by email or by phone. The Court will block all communications from the email addresses Mr. Graham has used to contact the Clerk's Office or chambers. Mr. Graham, who is represented by C.J.A. counsel, must communicate solely through his assigned counsel. If, in the future, Mr. Graham is no longer represented by counsel and wishes to contact the Court or the Clerk's Office regarding any ongoing proceedings, he must do so only in writing by regular postal mail.

Should Mr. Graham violate this Order and continue to contact the Court and/or Clerk's Office staff through email or phone calls, the appropriate authorities may be notified.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Graham at the last address provided.

SO ORDERED.

Dated:   September 24, 2025
         New York, New York

_____
RONNIE ABRAMS
United States District Judge