UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>GEORGE GRAHAM,<br><br>Defendant. | CASE NO.: 17 Crim. 663 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the in-person conference held on October 9, 2025, the Court ORDERS the Government to request a copy of the transcript of today's conference using the annexed form by **Tuesday, October 14, 2025**.

Dated:   New York, New York
         October 9, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |