UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

GEORGE GRAHAM,

                 Defendant.

CASE NO.: 17 Crim. 663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 9, 2025, the Court held a conference (the "Conference") and directed the Government to order a transcript (the "Transcript") of the Conference by October 14, 2025. (Dkt. No. 96). To date, the Government has not ordered the Transcript. Accordingly, the Court directs the Government to order the Transcript by **Wednesday, October 22, 2025**.

Dated:    New York, New York
           October 21, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**