UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v-<br><br>GEORGE GRAHAM,<br><br>                    Defendant. | CASE NO.: 17 Cr. 663 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

We presume the parties' familiarity with the factual and procedural background of this action.  See United States v. Graham, No. 17 Cr. 663 (RA) (SLC), 2025 WL 3022327 (S.D.N.Y. Oct. 29, 2025) ("Graham I").

The Court is now in receipt of the motion of Eylan Schulman, Esq. to withdraw as Court-appointed counsel for Defendant George Graham (Dkt. No. 104 ("the MTW")), in connection with the Government's pending motion for an order directing the Clerk of the Court to apply $200,000 held as Security for Mr. Graham's appearance Bond to the outstanding amount of restitution Mr. Graham owes.  (Dkt No. 65 (the "Bond Motion")).  As set forth in Graham I, the Bond Motion has been held in abeyance pending further proceedings.  See 2025 WL 3022327, at *8.

In the MTW, Mr. Schulman indicates that Mr. Graham was copied but has not indicated how or when the MTW was sent to Mr. Graham.  (See Dkt. No. 104 at 2).  Accordingly, by **November 10, 2025**, Mr. Schulman shall file proof of service of the MTW on Mr. Graham.  By

2

**November 24, 2025**, Mr. Graham may, but is not required, to file a response to the MTW. The Court will thereafter rule on the MTW in due course.

Dated:   New York, New York
         November 4, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2