UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

  -v-

GEORGE GRAHAM,

                Defendant.

CIVIL ACTION NO. 17 Crim. 663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Mr. Schulman's request at Dkt. No. 107 requesting that exhibits A and B be filed under seal is GRANTED.

Dated:    New York, New York
          November 24, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**