UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -v-<br><br>GEORGE GRAHAM,<br><br>                    Defendant. | CIVIL ACTION NO. 17 Crim. 663 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Today, the Court issued an order granting the motion of Eylan Schulman, Esq. to withdraw as counsel for Defendant George Graham.  (Dkt. No. 110 (the "MTW Order")).  In the MTW Order, the Court noted that it had received various inappropriate emails from an unidentified person purporting to speak on Mr. Graham's behalf using the email address "legendsofthegame213@gmail.com" (the "Legends Emails")).  Today, the Court received yet another email from this unidentified person, attached hereto, complaining that Mr. Schulman "is refusing to file" the transcript of the October 9, 2025 hearing (the "Transcript").  (See Ex. 1 (the "Nov. 24 Email")).  In fact, the transcript was docketed more than one month ago.  (See Dkt. Nos. 101; 102).  The sender is therefore misinformed and continues to carry out an inappropriate and harassing campaign against Mr. Schulman and the Court.

2

Accordingly, the unidentified sender of the Legends Emails and the Nov. 24 Email is hereby notified, as Mr. Graham has previously been notified, that the Court will block all future emails from this sender, and, if the sender continues to contact the Court by email or phone, the appropriate authorities will be notified.  See United States v. Graham, No. 17 Cr. 663 (RA) (SLC), 2025 WL 3022327, at *5 n.5 (S.D.N.Y. Oct. 29, 2025).  (See Dkt. Nos. 73; 77; 91).

Dated:    New York, New York          SO ORDERED.
          November 24, 2025

                                      _____
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**

| | |
|---|---|
| **From:** | Legends Game |
| **To:** | NYSD Cave Criminal Duty; Eylan Schulman; John Gura |
| **Subject:** | Fwd: Response to MTW |
| **Date:** | Monday, November 24, 2025 9:27:19 AM |
| **Attachments:** | USA v. Graham - 10-9-25.pdf |

CAUTION - EXTERNAL:

This message is for Judge Cave,
Eylan Schulman who is Mr Grahams attorney is refusing to file this transcript on Mr Grahams behalf. He will miss the deadline
\>\> Thank You
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.