UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> -v-<br><br>GEORGE GRAHAM,<br><br>       Defendant. | CIVIL ACTION NO. 17 Crim. 663 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Court's Order at Dkt. No. 111 granting Elyan Schulman's Motion to Withdraw (Dkt. No. 104 (the "MTW")), Defendant George Graham is now proceeding pro se with respect to the MTW. Mr. Graham's letter at Dkt. No. 110 is largely a response to the MTW, but to the extent that Mr. Graham intends to file any other document related to the MTW, he shall do so by submitting it directly to the Pro Se Intake Unit at pro_se_filing@nysd.uscourts.gov. Documents sent by email to Chambers will not be accepted.

Dated: New York, New York     SO ORDERED.
     November 25, 2025

                 _____
                 **SARAH L. CAVE**
                 **United States Magistrate Judge**