UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

   -v-

GEORGE GRAHAM,

                Defendant.

CIVIL ACTION NO. 17 Crim. 663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 29, 2025, the Court issued an Opinion and Order holding in abeyance the Government's motion to apply bond to Defendant's outstanding restitution and scheduling a hearing on **Wednesday, December 17, 2025 at 10:00 a.m. ET in Courtroom 18A, 500 Pearl Street, New York, NY.**  (Dkt. No. 103).  Based on Defendant's residence in Ghana, he may participate in the Conference on December 17, 2025 by dialing (855) 244-8681; Access Code: 2302 064 2979.

Dated:     New York, New York
            December 10, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**