UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GEORGE GRAHAM,<br><br>                       Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | 26-CV-679 (RA)<br><br>17-CR-663 (RA) (SLC)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court, having received Petitioner's *pro se* motion to vacate his plea and conviction, brought under 28 U.S.C. § 2255, which alternatively may be construed as seeking error *coram nobis* relief, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the United States Attorney's Office shall file an answer or other response to the motion. Petitioner shall have 30 days from the date on which Petitioner is served with Respondent's answer or other response to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

SO ORDERED.

Dated:    January 29, 2026
             New York, New York

                                    RONNIE ABRAMS
                              United States District Judge