UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO. 17 Crim. 663 (RA) (SLC) |
| -v- | **ORDER** |
| GEORGE GRAHAM, | |
| Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion of non-party, Amanda Evans, to exonerate bail pursuant to Federal Rule of Criminal Procedure 46(g).  (Dkt. No. 125 (the "Motion")).  By **Tuesday, February 17, 2026**, the Government shall respond to the Motion.

Dated:      New York, New York          SO ORDERED.
            February 3, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**