UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>    v.<br><br>GEORGE GRAHAM,<br><br>      Defendants. | No. 17-CR-663 (RA)<br><br>AMENDED<br>ORDER OF REFERENCE |

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Cave for the following purpose:

| | | | |
|---|---|---|---|
| | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| **X** | Specific Non-Dispositive Motion/Dispute:<br><br>Motion for Release of Bail Funds to Third-Party Surety (Dkt. 125) | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | **X** | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Motion to Vacate under 28 U.S.C. § 2255 (Dkt. 124) |

SO ORDERED.

Dated:  March 19, 2026
     New York, New York

               _____
               Ronnie Abrams
               United States District Judge