UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          -v-

GEORGE GRAHAM,

                    Defendant.

CIVIL ACTION NO. 17 Crim. 663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the Government's cross-motion for an order directing payment of penalties with bail funds and opposition to the motion to exonerate bail funds.  (Dkt. Nos. 140–143 (the "Cross-Motion")).  By **Monday, May 11, 2026**, Defendant and Amanda Evans may respond to the Cross-Motion.  By **Thursday, June 10, 2026**, the Government may file a reply in further support of the Cross-Motion.

Dated:      New York, New York
            April 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**