UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

GEORGE GRAHAM,

                  Defendant.

CASE NO.: 17 Cr. 663 (RA) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court notes that briefing concerning Amanda Evans's motion to exonerate bail (Dkt. No. 125) and the Government's cross-motion for an order to apply bail funds to restitution (Dkt. No. 140) is complete.  Accordingly, an **in-person** conference to discuss these motions is scheduled for **Tuesday, July 7, 2026 at 10:00 a.m. ET** in in Courtroom 18A, 500 Pearl Street, New York, New York.  A dial in will be posted to permit Mr. Graham and the public to listen to the conference, but any other person wishing to be heard on the Motion, including Ms. Evans, **MUST** appear **in person** at the Conference.

Any participant requesting permission to bring an electronic device (_e.g._, cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference.

2

The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:       New York, New York
             May 12, 2026

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**

2