UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GEORGE GRAHAM,

Defendant.

CASE NO.: 17 Cr. 663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An in-person conference to discuss Amanda Evans's motion to exonerate bail (Dkt. No. 125) and the Government's cross-motion for an order to apply bail funds to restitution (Dkt. No. 140) is currently scheduled for **Tuesday, July 7, 2026 at 10:00 a.m. ET**. (Dkt. No. 150).

As Defendant George Graham ("Mr. Graham") is unable to attend in-person, Mr. Graham, and any members of the public, can listen to the conference by dialing (855) 244-8681; Access Code: 2309 271 7602.

Dated: New York, New York
July 6, 2026

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**