UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

GEORGE GRAHAM,

Defendant.

CASE NO.: 17 Cr. 663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On Tuesday, July 7, 2026 at 10:00 a.m. ET, the Court held an in-person conference to discuss Amanda Evans's motion to exonerate bail (Dkt. No. 125) and the Government's cross-motion for an order to apply bail funds to restitution (Dkt. No. 140). (See Dkt. Nos. 150; 154 (the "Third Hearing")). Counsel for the Government appeared, but neither Mr. Graham nor Ms. Evans appeared.

At 10:45 a.m., 45 minutes after the Third Hearing was due to commence and nearly 30 minutes after the Third Hearing ended, Ms. Evans contacted the Court seeking dial in information. Out of an abundance of caution, the Court will conduct a fourth, and final, hearing by telephone only at **3:30 p.m. ET on Thursday July 16, 2026** (the "Fourth Hearing"). Any person, including Ms. Evans, who wishes to be heard with respect to the Security, must participate in the Fourth Hearing by dialing: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
July 7, 2026

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**